CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 28 2013

JULIA C. DUDLEY, CLERK
BY: /s/
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LATRISA NICOLE CARTER,<br>　　Plaintiff, | Civil Action No. 7:13-cv-00094 |
| v. | **MEMORANDUM OPINION** |
| OFFICER EPPS, et al.,<br>　　Defendant(s). | By:　Jackson L. Kiser<br>　　　Senior United States District Judge |

LATRISA NICOLE CARTER, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered March 12, 2013 and then again on April 3, 2013 due to change of address, and then finally on April 24, 2013, the court directed plaintiff to submit the required paperwork which was included in each of the conditionally filed Orders. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed from the last Order entered, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 28th day of May, 2013.

　　　　　　　　　　　　　　　　　　/s/ Jackson L. Kiser
　　　　　　　　　　　　　　　　　　Senior United States District Judge