# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| LATRISA NICOLE CARTER,<br>    Plaintiff, | Civil Action No. 7:13-cv-00094 |
| v. | **DISMISSAL ORDER** |
| OFFICER EPPS, et al.,<br>    Defendant(s). | By:    Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 28th day of May, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge